UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

RICARDO MUIR,

                    Petitioner,          07 Civ. 7573 (JGK)

        - against -                              ORDER

STATE OF NEW YORK,

                    Respondent.

JOHN G. KOELTL, District Judge:

        The petitioner's motion to appoint counsel is **denied
without prejudice to renewal** for failure to make the required
showing at this time.  The Court of Appeals for the Second
Circuit has articulated factors that should guide the Court's
discretion to appoint counsel to represent an indigent civil
litigant under 28 U.S.C. § 1915, and these standards are useful
in determining whether the interests of justice require
appointing counsel for a habeas petitioner under 18 U.S.C. §
3006A(a)(2).  See Hodge v. Police Officers, 802 F.2d 58, 61-62
(2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427 (JGK),
2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000).  For the Court
to order the appointment of counsel, the petitioner must, as a
threshold matter, demonstrate that his claim has substance or a
likelihood of success on the merits.  See Hodge, 802 F.2d at 61-
62.  Only then can the Court consider the other factors

1

appropriate to determination of whether counsel should be

appointed: "plaintiff's ability to obtain representation

independently, and his ability to handle the case without

assistance in the light of the required factual investigation,

the complexity of the legal issues, and the need for expertly

conducted cross-examination to test veracity."   Cooper v. A.

Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).   The

petitioner has not yet made such a showing.


SO ORDERED.

Dated:  New York, New York
        September 24, 2007

                                        John G. Koeltl
                              United States District Judge