```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

United States District Court
Southern District of New York

---

RICARDO MUIR,

                Petitioner,      07 Civ. 7573 (JGK)

  - against -                    ORDER

STATE OF NEW YORK,

                Respondent.

---

JOHN G. KOELTL, District Judge:

    The petitioner has filed a motion for leave to amend the petition to include a claim challenging the legal sufficiency of the evidence at his trial. The motion is **granted**. However, amendment is unnecessary in light of the fact that the respondent construed the petition to include a challenge to the legal sufficiency of the evidence and addressed this argument in its opposition. The petitioner may submit a reply by **February 19, 2007**.


SO ORDERED.

Dated: New York, New York
      December 4, 2007

                                    John G. Koeltl
                              United States District Judge