United States District Court
Southern District of New York

---

RICARDO MUIR,

                Petitioner,      07 Civ. 7573 (JGK)

    - against -                  ORDER

STATE OF NEW YORK,

                Respondent.

---

JOHN G. KOELTL, District Judge:

    The Court has received the petitioner's request for an extension of time which it forwards to the parties. The petitioner's time to submit a reply is extended to **February 19, 2007**.

SO ORDERED.

Dated: New York, New York
       November 26, 2007

                                    John G. Koeltl
                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
RICARDO MUIR,

                PETITIONER,

    against -

STATE OF NEW YORK,

                                  07-civ-7573 (JGK)
       RESPONDENT.
-------------------------------------x

Dear Honorable, John G. Koeltl,

I am asking you for an extention of time to respond to the Affidavit in opposition to Petition for habeas corpus. I am requesting (60 days). The reason why I am asking for an extention of time is because I am a lay Person, Plus I do not have an Attorney to help me Perfect my briefs, Not only that I do not have the access to the law library how I wanted too. Thank you for your great understanding.

Dated: November 17, 2007
      Albion, N.Y.

Respectfully Submitted

*[signature]*

Ricardo Muir, 05-A-3585
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, N.Y. 14411-9199