```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RICARDO MUIR,

                Petitioner,         05 Civ. 5953 (JGK)

    - against -                     ORDER

STATE OF NEW YORK,

                Respondent.

JOHN G. KOELTL, District Judge:

    In a Memorandum Opinion and Order dated May 8, 2008, this Court stayed the petition for 30 days to permit the petitioner the opportunity to make an appropriate motion in state court. The parties should advise the Court as to whether the petitioner filed such a motion and, if so, the status of the motion, by July 11, 2008.

SO ORDERED.

Dated:    New York, New York
          July 1, 2008

                                      John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08